THE PEOPLE OF THE STATE OF NEW YORK ex rel. VANDALIA REALTY CORPORATION, Appellant, *v.* WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued March 2, 1939; decided April 4, 1939.

*Norman C. Nicholson, George D. Burchell* and *Lewis M. Lawton* for appellant.

*William C. Chanler, Corporation Counsel (Arthur A. Segall* and *William S. Lebwohl* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.